# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STANZA DONALD**                                                                                     **PLAINTIFF**

vs.                      **Case No. 4:09-CV-00221 BSM**

**INTERNATIONAL BIORESOURCES, INC.**                        **DEFENDANTS**

## ORDER

     Plaintiff Stanza Donald requests that the defendant's notice of deposition be quashed (Doc. No. 14). Donald represents that she cannot attend the deposition scheduled for January 20, 2010 because she must attend an Annual Safety Conference Seminar that is necessary for her job. Donald's request is granted. Donald is directed to provide the defendant with dates before February 5, 2010 that she is available for deposing.

     IT IS SO ORDERED this 19th day of January, 2010.

                                                                               _____
                                                                               UNITED STATES DISTRICT JUDGE