IN THE UNITED STATES COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STANZA DONALD                                                              PLAINTIFF

vs.                                    CIV. NO.4-09--CV-00221BSM

INTERNATIONAL BIORESOURCES, LLC                                           DEFENDANT

### ORDER

A settlement hearing was held in the above captioned case on August 2, 2010 before the Honorable J. Thomas Ray, United States Magistrate Judge. Counsel advised the Court that this matter has been settled.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED, this 20th day of August, 2010.

_____
Brian S. Miller
UNITED STATES DISTRICT JUDGE